Matthew J. Kalmanson, OSB No. 041280
E-mail: mjk@hartwagner.com
Michael J. Wiswall, OSB No. 941844
E-mail: mjw@hartwagner.com
**HART WAGNER LLP**
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

     Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| IMMUNOFREE, INC., | Case No. 3:24-cv-01389-AN |
| Plaintiff, | |
| v. | **DECLARATION OF MATTHEW J. KALMANSON IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| OREGON HEALTH & SCIENCE UNIVERSITY, dba OHSU, | |
| Defendant. | |

I, Matthew Kalmanson, being first duly sworn, depose and say:

1.     I make this declaration based on my personal knowledge and am competent to testify to the matters herein.

2.     I am one of the attorneys for defendant.

3.     I wrote a letter to and then emailed counsel for Plaintiff, Lea Schneider, about Defendant's Motion to Dismiss, and requesting a time to confer over the telephone in accordance with this Court's local rules. Ms. Schneider explained that she was preparing for trial and could

**HART WAGNER LLP**
**Trial Attorneys**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Fax: (503) 222-2301**

not confer until Monday, September 23.  Because that is the day before Defendant's response to the Complaint is due, I asked to extend the deadline one week to give us time to confer.  Ms. Schneider stipulated to the extension.

4.    This motion is made in good faith and not for purposes of delay.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

DATED this 18th day of September 2024.


*/s/ Matthew J. Kalmanson*
Matthew J. Kalmanson, OSB No. 041280
Of Attorneys for Defendant


Page 2 – DECLARATION OF MATTHEW J. KALMANSON IN
SUPPORT OF DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFF'S COMPLAINT

**HART WAGNER LLP**
**Trial Attorneys**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Fax: (503) 222-2301**