Lea K. Schneider, OSB No. 145154
Lschneider@swlaw.com
Mackenzie E. L. Wong, OSB No. 214984
Melwong@swlaw.com
SNELL & WILMER L.L.P.
601 SW 2nd Avenue, Suite 2000
Portland, Oregon 97204-3229
Telephone:  503.624.6800
Facsimile:  503.624.6888
Attorneys for Plaintiff Immunofree, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| IMMUNOFREE, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>OREGON HEALTH & SCIENCE UNIVERSITY, dba OHSU,<br><br>        Defendant. | Case No. 3:24-cv-01389-AN<br><br>NOTICE OF VOLUNTARY DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), please take notice that Plaintiff hereby dismisses its claims against Defendant Oregon Health & Science University. Defendant has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice, and without attorney's fees, costs, or disbursements being awarded to any party.

DATED this 1st day of October, 2024.

SNELL & WILMER L.L.P.

*s/ Mackenzie E. L. Wong*
Lea K. Schneider, OSB No. 145154
Mackenzie E. L. Wong, OSB No. 214984
Attorneys for Plaintiff Immunofree, Inc.

4894-7319-8315